NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

JOSE LUIS CASTELLANOS-GARCIA, *Petitioner*.

No. 1 CA-CR 21-0205 PRPC
FILED 9-30-2021

Petition for Review from the Superior Court in Maricopa County
No. CR2000-011803
The Honorable Christopher Whitten, Judge

**REVIEW GRANTED AND RELIEF DENIED**

APPEARANCES

Maricopa County Attorney's Office, Phoenix
By Faith Cheree Klepper
*Counsel for Respondent*

Jose Luis Castellanos-Garcia, Florence
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Randall M. Howe, Judge Brian Y. Furuya, and Judge Michael J. Brown delivered the decision of the Court.

---

**PER CURIAM**:

¶1      Petitioner Jose Luis Castellanos-Garcia seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is petitioner's second successive petition.

¶2      Absent an abuse of discretion or error of law, this Court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577 ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538 ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

¶3      We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, the petition for review, and the response. We find that petitioner has not established an abuse of discretion.

¶4      For the foregoing reasons, we grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED:   AA